387 A.2d 104

Commonwealth v. Butler, Appellant.

Argued December 7, 1977.  Mark E. Kogan, with him Kogan and Cogan, for appellant;  Charles J. Cunningham, III, Assistant District Attorney, with him F. Emmett Fitzpatrick, District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.